JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
FRANCO L. BECIA, Washing State Bar No. 26823
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-679-4585
Facsimile: 206-615-2531
E-Mail: Franco.L.Becia@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN MICHELLE ONTIVEROS, | Case No.: 2:22-cv-01694-EJY |
| Plaintiff, | |
| vs. | **MOTION FOR EXTENSION OF TIME TO FILE PAPER COPY OF THE CERTIFIED ADMINISTRATIVE RECORD** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (*FIRST REQUEST*) |
| Defendant. | |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a one-day extension of time to file the paper copy of the certified administrative record (CAR) in this case, which is currently due on December 27, 2022. The CAR in this case has been prepared, and Defendant has already provided an electronic copy of the CAR along with her Answer filing (Dkt. Nos. 7, 9).

Defendant respectfully requests that she be granted an extension of time to file the paper copy of the CAR in this case, through and including December 28, 2022. The Commissioner's Office of Appellate Operations (OAO) has experienced delays with printing services, which have delayed the production of the paper version of the CAR. Subsequently, extreme winter weather in parts of the country caused a shipping delay to the US Attorney's Office in Las Vegas. The CAR did not arrive in time for delivery to the court today.

On December 27, 2022, the undersigned conferred with Plaintiff's attorney, who has no opposition to the requested extension.

//
//
//
//
//
//
//

Dated:  December 27, 2022

JASON M. FRIERSON
United States Attorney

/s/ *Franco L. Becia*
FRANCO L. BECIA
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 28, 2022